UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK WIGHTMAN, D.D.S., ET AL. | CIVIL ACTION |
| VERSUS | NO: 19-11628 |
| AMERITAS LIFE INSURANCE CORP. AND DENTEMAX, L.L.C. | SECTION: "J"(3) |

## ORDER

Considering the Court's Order & Reasons dated October 27, 2020,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Defendant, Ameritas Life Insurance Corp. and against Plaintiffs, Mark Wightman, Courtney Wightman, and Wightman Family Dental, LLC, dismissing Plaintiffs' claims with prejudice, with Plaintiffs to bear all costs

New Orleans, Louisiana, this 11th day of March, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE