

**Certified as a true copy and issued as the mandate on May 05, 2023**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 13, 2023
Lyle W. Cayce
Clerk

No. 21-30148

───────────

MARK WIGHTMAN, *Doctor* OF DENTAL SURGERY; COURTNEY WIGHTMAN, *Doctor* OF DENTAL SURGERY; WIGHTMAN FAMILY DENTAL, L.L.C.,

*Plaintiffs—Appellants,*

*versus*

AMERITAS LIFE INSURANCE CORPORATION; DENTEMAX, L.L.C.,

*Defendants—Appellees.*

───────────

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:19-CV-11628

───────────

Before WIENER, GRAVES, and HO, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the District Court's grant of partial summary judgment and dismissal of Ameritas is

No. 21-30148

REVERSED and the case is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that defendants-appellees pay to plaintiffs-appellants the costs on appeal to be taxed by the Clerk of this Court.