UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK WIGHTMAN, D.D.S. ET AL. | CIVIL ACTION |
| VERSUS | NO: 19-11628 |
| AMERITAS LIFE INSURANCE CORP. AND DENTEMAX, L.L.C. | SECTION: "J"(3) |

## JUDGMENT

Considering the Court's Order and Reasons, filed herein, granting Defendant Ameritas Life Insurance Corp.'s Motion for Summary Judgment,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant Ameritas Life Insurance Corp. and against Plaintiffs Wightman Family Dental, LLC, Mark J. Wightman, D.D.S., and Courtney W. Wightman, D.D.S.

New Orleans, Louisiana, this 13th day of November, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE